IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAQUENZA M. LILLY | ) |
| | ) |
| v. | ) NO. 3-11-0061 |
| | ) JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF | ) |
| CORRECTION, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 36), to which no Objections have been filed. Plaintiff has filed a Motion to Add Defendants (Docket No. 39), but it is not an Objection to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Defendants' Motion to Dismiss (Docket No. 29) is GRANTED in part and DENIED in part. Plaintiff's claims against the Defendants in their official capacities are DISMISSED.

Plaintiff's Motion to Add Defendants (Docket No. 39) is referred to the Magistrate Judge for appropriate action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE