IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAQUENZA M. LILLY | ) |
| | ) |
| v. | ) NO. 3-11-0061 |
| | ) JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF | ) |
| CORRECTION | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 125) and Plaintiff's Objections thereto (Docket No. 128).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Complaint is DISMISSED, and the Clerk is directed to close this file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE