UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LAQUENZA M. LILLY ) | |
| ) | |
| v. ) | NO. 3:11-0061 |
| ) | JUDGE CAMPBELL |
| TENNESSEE DEPARTMENT OF CORRECTION ) | |
| ET AL ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/28/2013.

           KEITH THROCKMORTON, CLERK
           s/Elaine J. Hawkins, Deputy Clerk